# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 13, 2026

Lyle W. Cayce
Clerk

———————

No. 26-50183

———————

Ignacio Sosnava Rodriguez,

*Petitioner—Appellee,*

*versus*

Sylvester M. Ortega, *in his official capacity as Director of the San Antonio Field Office of ICEs Enforcement and Removal Operations*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd Wallace Blanche, *Acting U.S. Attorney General*; Department of Homeland Security; DOJ Executive Office For Immigration Review,

*Respondents—Appellants.*

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:26-CV-273

———————————————————

ORDER:

IT IS ORDERED that Appellee's unopposed motion to consolidate this appeal with case Nos. 26-50219, *Angel v. Mullin*, and 26-50221, *Gomez Alvarado v. Vergara* is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals

No. 26-50183

for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT