# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 13, 2026

Lyle W. Cayce
Clerk

———————

No. 26-50183

———————

IGNACIO SOSNAVA RODRIGUEZ,

*Petitioner—Appellee*,

*versus*

SYLVESTOR M. ORTEGA, *in his officiel capacity as Director of the San Antonio Field Office of ICEs Enforcement and Removal Operations*; MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; TODD WALLACE BLANCHE, *Acting U.S. Attorney General*; DEPARTMENT OF HOMELAND SECURITY; DOJ EXECUTIVE OFFICE FOR IMMIGRATION REVIEW

*Respondents—Appellants*,

CONSOLIDATED WITH

———————

26-50219

———————

ALEJANDRO VILLEGAS ANGEL

*Petitioner—Appellee*,

*versus*

MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; TODD WALLACE BLANCHE, *Acting U.S. Attorney General*; MIGUEL VERGARA, *San Antonio Field Office Director for Enforcement and*

No. 26-50183
c/w Nos. 26-50219, 26-50221

*Removal*; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *Office of the General Counsel*,

*Respondents—Appellants,*

CONSOLIDATED WITH

—————————

26-50221

—————————

MIGUEL ANGEL GOMEZ ALVARADO,

*Petitioner—Appellee,*

*versus*

MIGUEL VERGARA, *in his official capacity as the Acting Director of San Antonio Field Office for U.S. Immigration and Customs Enforcement*; TODD LYONS, *in his capacity as the Acting Director for the U.S. Immigration and Customs Enforcement*; MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*,

*Respondents—Appellants.*

————————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:26-CV-273
USDC No. 1:26-CV-384
USDC No. 1:26-CV-309

————————————————————————

ORDER:

No. 26-50183
c/w Nos. 26-50219, 26-50221

IT IS ORDERED that Appellees' opposed motion to re-establish the expedited briefing schedule is GRANTED-IN-PART. Appellees' brief is due by April 23, 2026, and the Appellants' reply brief is due by April 27, 2026.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT