# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 27, 2026

Ms. Fatma Essam Marouf
Texas A&M University
School of Law
1515 Commerce Street
Fort Worth, TX 76102

    No. 26-50183   Sosnava Rodriguez v. Ortega
                USDC No. 1:26-CV-273
                USDC No. 1:26-CV-384
                USDC No. 1:26-CV-309

Dear Ms. Marouf,

You must submit the 6 paper copies of your brief required by 5th
Cir. R. 31.1. Please overnight the paper briefs to our office.


          Sincerely,

          LYLE W. CAYCE, Clerk

          *Renee Mc Donough*

          By: _____
          Renee S. McDonough, Deputy Clerk
          504-310-7673

cc:
    Ms. Rebecca Cassler
    Mr. Drew C. Ensign
    Mr. Fidel Esparza III
    Mr. Patricio Garza Izaguirre
    Ms. Shelley R. Goad
    Ms. Brianne Jenna Gorod
    Mrs. Mary F. Kruger
    Mr. Stephen Lagana
    Ms. Michelle Rose Lapointe
    Ms. Lacy L. McAndrew
    Ms. Leslie McKay
    Ms. Stephanie Ellen Norton
    Ms. Christina Playton
    Ms. Gracie Willis