# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 2, 2026

Lyle W. Cayce
Clerk

No. 26-50183

IGNACIO SOSNAVA RODRIGUEZ,

*Petitioner—Appellee,*

*versus*

SYLVESTER M. ORTEGA, *in his official capacity as Director of the San Antonio Field Office of ICEs Enforcement and Removal Operations*; MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; TODD WALLACE BLANCHE, *Acting U.S. Attorney General*; DEPARTMENT OF HOMELAND SECURITY; DOJ EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

*Respondents—Appellants,*

CONSOLIDATED WITH

26-50219

ALEJANDRO VILLEGAS ANGEL

*Petitioner—Appellee,*

*versus*

MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; TODD WALLACE BLANCHE, *Acting U.S. Attorney General*; MIGUEL VERGARA, *San Antonio Field Office Director for Enforcement and*

*Removal*; UNITED STATES DEPARTMENT OF HOMELAND
SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS
ENFORCEMENT; EXECUTIVE OFFICE FOR IMMIGRATION
REVIEW, *Office of the General Counsel*,

*Respondents—Appellants*,

CONSOLIDATED WITH

_____

26-50221

_____

MIGUEL ANGEL GOMEZ ALVARADO,

*Petitioner—Appellee*,

*versus*

MIGUEL VERGARA, *in his official capacity as the Acting Director of San
Antonio Field Office for U.S. Immigration and Customs Enforcement*; TODD
LYONS, *in his capacity as the Acting Director for the U.S. Immigration and
Customs Enforcement*; MARKWAYNE MULLIN, *Secretary, U.S.
Department of Homeland Security*,

*Respondents—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC Nos. 1:26-CV-273, 1:26-CV-384,
1:26-CV-309

_____

JUDGMENT

Before Southwick, Graves, and Wilson, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

James E. Graves, Jr., *Circuit Judge*, specially concurring.

Cory T. Wilson, *Circuit Judge*, dissenting.