# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 2, 2026

Lyle W. Cayce
Clerk

No. 26-50183

Ignacio Sosnava Rodriguez,

*Petitioner—Appellee*,

*versus*

Sylvester M. Ortega, *in his official capacity as Director of the San Antonio Field Office of ICEs Enforcement and Removal Operations*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd Wallace Blanche, *Acting U.S. Attorney General*; Department of Homeland Security; DOJ Executive Office For Immigration Review,

*Respondents—Appellants*,

consolidated with

26-50219

Alejandro Villegas Angel

*Petitioner—Appellee*,

*versus*

Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd Wallace Blanche, *Acting U.S. Attorney General*; Miguel Vergara, *San Antonio Field Office Director for Enforcement and*

*Removal*; United States Department of Homeland Security; United States Immigration and Customs Enforcement; Executive Office for Immigration Review, *Office of the General Counsel*,

*Respondents—Appellants*,

consolidated with

_____

26-50221

_____

Miguel Angel Gomez Alvarado,

*Petitioner—Appellee*,

*versus*

Miguel Vergara, *in his official capacity as the Acting Director of San Antonio Field Office for U.S. Immigration and Customs Enforcement*; Todd Lyons, *in his capacity as the Acting Director for the U.S. Immigration and Customs Enforcement*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*,

*Respondents—Appellants*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC Nos. 1:26-CV-273, 1:26-CV-384,
1:26-CV-309

_____

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT