# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 10, 2026

Ms. Rebecca Cassler
American Immigration Council
2001 L Street, N.W.
PMB 2026
Suite 500
Washington, DC 20036

Mr. Drew C. Ensign
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Fidel Esparza III
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410
San Antonio, TX 78216

Mr. Patricio Garza Izaguirre
Garza & Narvaez, P.L.L.C.
7600 Chevy Chase Drive
Building 2
Suite 118
Austin, TX 78752

Ms. Shelley R. Goad
U.S. Department of Justice
Office of Immigration Litigation
450 5th Street, N.W.
Liberty Square Building
Washington, DC 20001

Mr. Benjamin Timothy Hayes
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mrs. Mary F. Kruger
U.S. Attorney's Office

Western District of Texas
601 N.W. Loop 410
San Antonio, TX 78216

Mr. Stephen Lagana
Lagana & Associates
145 Essex Street
Lawrence, MA 01840-0000

Ms. Yulie Landan
National Immigration Project
1763 Columbia Road, N.W.
Suite 175, Room 8966
Washington, DC 20009

Ms. Michelle Rose Lapointe
American Immigration Council
2001 L Street, N.W.
PMB 2026
Suite 500
Washington, DC 20036

Ms. Lacy L. McAndrew
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410
San Antonio, TX 78216

Ms. Leslie McKay
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Poc Agostinho, Jean
Washington, DC 20530

Ms. Stephanie Ellen Norton
National Immigration Project
1763 Columbia Road, N.W.
Suite 175, No. 89664
Washington, DC 20009

Ms. Christina Playton
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410
San Antonio, TX 78216

Ms. Gracie Willis
National Immigration Project
1763 Columbia Road, N.W.
Suite 175, Room 8966
Washington, DC 20009

>         Consolidated Nos. 26-50183, 26-50219, & 26-50221
>                 Sosnava Rodriguez v. Ortega
>         USDC Nos. 1:26-CV-273
>                   1:26-CV-384
>                   1:26-CV-309

Dear Counsel,

Enclosed is the court's order filed this date directing this case be reheard en banc with oral argument.

Under Fifth Circuit Local Rule 41.3 this order vacates the previous opinion and judgment of this court and stays the mandate.

The date and time of oral argument will be announced at a later date. Counsel for the parties will receive adequate notice as to the exact date and time for the presentation of the oral argument.

Appellants will have until August 10, 2026, to file an en banc brief and the Appellees' en banc brief is due on September 9, 2026. You will be requested to furnish 22 paper copies of your en banc brief after the electronic filing is reviewed and processed. The color of the cover on your en banc brief will be the same as the color of the cover on your merits brief (blue for the appellant and red for the appellee).

Unless directed otherwise, principal brief rules apply to en banc grants and supplemental briefs requested by the court. Additionally, reply briefs are not allowed when cases are granted en banc unless you have leave of court.

We request that the parties forward 22 copies of their previously filed merits briefs, reply briefs, and record excerpts, for the use of the en banc court. As you did previously, we request that all copies be spirally bound. These additional copies are due in the Clerk's Office by July 24, 2026. Copies of Amicus briefs are not required.

Please contact me if you have any questions.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

cc:
    Ms. Denise L. Gilman
    Ms. Brianne Jenna Gorod
    Ms. Fatma Essam Marouf