# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 14, 2026

Ms. Rebecca Cassler
American Immigration Council
2001 L Street, N.W.
PMB 2026
Suite 500
Washington, DC 20036

Ms. Yulie Landan
National Immigration Project
1763 Columbia Road, N.W.
Suite 175, Room 8966
Washington, DC 20009

Ms. Michelle Rose Lapointe
American Immigration Council
2001 L Street, N.W.
PMB 2026
Suite 500
Washington, DC 20036

Ms. Stephanie Ellen Norton
National Immigration Project
1763 Columbia Road, N.W.
Suite 175, No. 89664
Washington, DC 20009

Ms. Gracie Willis
National Immigration Project
1763 Columbia Road, N.W.
Suite 175, Room 8966
Washington, DC 20009

No. 26-50183 Consolidated with No. 26-50219 and No. 26-50221
             Sosnava Rodriguez v. Ortega
             USDC No. 1:26-CV-273
             USDC No. 1:26-CV-384
             USDC No. 1:26-CV-309

Dear Counsel:

This letter will serve to advise that the court has requested a
response to the Appellants' Motion for Stay of District Court's

Judgments pending Petition for Rehearing En Banc to be filed in this office by **noon**, Friday, July 17, 2026.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Mary Frances Yeager, Deputy Clerk
                        504-310-7686

cc:  Mr. Drew C. Ensign
     Mr. Fidel Esparza III
     Mr. Patricio Garza Izaguirre
     Ms. Denise L. Gilman
     Ms. Shelley R. Goad
     Ms. Brianne Jenna Gorod
     Mr. Benjamin Timothy Hayes
     Mrs. Mary F. Kruger
     Mr. Stephen Lagana
     Ms. Fatma Essam Marouf
     Ms. Lacy L. McAndrew
     Ms. Leslie McKay
     Ms. Christina Playton