# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 21, 2026

Lyle W. Cayce
Clerk

No. 26-50183

IGNACIO SOSNAVA RODRIGUEZ,

*Petitioner—Appellee*,

*versus*

SYLVESTER M. ORTEGA, *in his official capacity as Director of the San Antonio Field Office of ICEs Enforcement and Removal Operations*; MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; TODD WALLACE BLANCHE, *Acting U.S. Attorney General*; DEPARTMENT OF HOMELAND SECURITY; DOJ EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

*Respondents—Appellants*,

CONSOLIDATED WITH

26-50219

ALEJANDRO VILLEGAS ANGEL

*Petitioner—Appellee*,

*versus*

MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; TODD WALLACE BLANCHE, *Acting U.S. Attorney General*; MIGUEL VERGARA, *San Antonio Field Office Director for Enforcement and*

No. 26-50183
c/w Nos. 26-50219, 26-50221

*Removal*; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *Office of the General Counsel*,

*Respondents—Appellants,*

CONSOLIDATED WITH

_____

26-50221

_____

MIGUEL ANGEL GOMEZ ALVARADO,

*Petitioner—Appellee,*

*versus*

MIGUEL VERGARA, *in his official capacity as the Acting Director of San Antonio Field Office for U.S. Immigration and Customs Enforcement*; TODD LYONS, *in his capacity as the Acting Director for the U.S. Immigration and Customs Enforcement*; MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*,

*Respondents—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:26-CV-273
USDC No. 1:26-CV-384
USDC No. 1:26-CV-309

_____

2

No. 26-50183
c/w Nos. 26-50219, 26-50221

PUBLISHED ORDER

Before ELROD *Chief Judge*, and JONES, SMITH, STEWART, RICHMAN, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, WILLETT, HO, DUNCAN, ENGELHARDT, OLDHAM, WILSON, DOUGLAS, and RAMIREZ, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellants' opposed motion to refer this motion to the *en banc* court is DENIED AS UNNECESSARY.

IT IS FURTHER ORDERED that Appellants' opposed motion to expedite ruling on the motion for stay of the district court judgments pending rehearing *en banc* is GRANTED.

IT IS FURTHER ORDERED that Appellants' opposed motion for stay of the district court judgments pending rehearing *en banc* is GRANTED.