# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 18, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-50183 Consolidated with No. 26-50219 and
No. 26-50221
Sosnava Rodriguez v. Ortega
USDC No. 1:26-CV-273
USDC No. 1:26-CV-384
USDC No. 1:26-CV-309

Enclosed is an order entered in these cases.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Mary Frances Yeager, Deputy Clerk
504-310-7686

Ms. Rebecca Cassler
Mr. Matt A. Crapo
Mr. Drew C. Ensign
Mr. Fidel Esparza III
Mr. Patricio Garza Izaguirre
Ms. Denise L. Gilman
Ms. Shelley R. Goad
Ms. Brianne Jenna Gorod
Mr. Benjamin Timothy Hayes
Mrs. Mary F. Kruger
Mr. Stephen Lagana
Ms. Yulie Landan
Ms. Michelle Rose Lapointe
Ms. Fatma Essam Marouf
Ms. Lacy L. McAndrew
Ms. Leslie McKay
Ms. Stephanie Ellen Norton
Ms. Christina Playton
Ms. Gracie Willis