# United States Court of Appeals for the Fifth Circuit

No. 26-50183

United States Court of Appeals
Fifth Circuit
**FILED**
August 18, 2026
Lyle W. Cayce
Clerk

Ignacio Sosnava Rodriguez,

*Petitioner—Appellee*,

*versus*

Sylvester M. Ortega, *in his official capacity as Director of the San Antonio Field Office of ICEs Enforcement and Removal Operations*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd Wallace Blanche, *U.S. Attorney General*; Department of Homeland Security; DOJ Executive Office For Immigration Review,

*Respondents—Appellants*,

consolidated with

26-50219

Alejandro Villegas Angel

*Petitioner—Appellee*,

*versus*

Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd Wallace Blanche, *U.S. Attorney General*; Miguel Vergara, *San Antonio Field Office Director for Enforcement and Removal*;

United States Department of Homeland Security; United States Immigration and Customs Enforcement; Executive Office for Immigration Review, *Office of the General Counsel*,

*Respondents—Appellants*,

consolidated with

26-50221

Miguel Angel Gomez Alvarado,

*Petitioner—Appellee*,

*versus*

Miguel Vergara, *in his official capacity as the Acting Director of San Antonio Field Office for U.S. Immigration and Customs Enforcement*; Todd Lyons, *in his capacity as the Acting Director for the U.S. Immigration and Customs Enforcement*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*,

*Respondents—Appellants*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:26-CV-273
USDC No. 1:26-CV-384
USDC No. 1:26-CV-309

ORDER:

IT IS ORDERED that the unopposed motion filed by Federation for American Immigration Reform for leave to file an *amicus curiae* brief is GRANTED.

/s/ Jennifer W. Elrod
JENNIFER WALKER ELROD
*Chief Judge*