# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 18, 2026
Lyle W. Cayce
Clerk

---

No. 26-50183

---

IGNACIO SOSNAVA RODRIGUEZ,

*Petitioner—Appellee*,

*versus*

SYLVESTER M. ORTEGA, *in his official capacity as Director of the San Antonio Field Office of ICEs Enforcement and Removal Operations*; MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; TODD WALLACE BLANCHE, *U.S. Attorney General*; DEPARTMENT OF HOMELAND SECURITY; DOJ EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

*Respondents—Appellants*,

CONSOLIDATED WITH

---

26-50219

---

ALEJANDRO VILLEGAS ANGEL

*Petitioner—Appellee*,

*versus*

MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; TODD WALLACE BLANCHE, *U.S. Attorney General*; MIGUEL VERGARA, *San Antonio Field Office Director for Enforcement and Removal*;

United States Department of Homeland Security; United States Immigration and Customs Enforcement; Executive Office for Immigration Review, *Office of the General Counsel*,

*Respondents—Appellants*,

consolidated with

---

26-50221

---

Miguel Angel Gomez Alvarado,

*Petitioner—Appellee*,

*versus*

Miguel Vergara, *in his official capacity as the Acting Director of San Antonio Field Office for U.S. Immigration and Customs Enforcement*; Todd Lyons, *in his capacity as the Acting Director for the U.S. Immigration and Customs Enforcement*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*,

*Respondents—Appellants*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:26-CV-273
USDC No. 1:26-CV-384
USDC No. 1:26-CV-309

---

ORDER:

IT IS ORDERED that the unopposed motion filed by Immigrant Legal Services Providers, Immigration Law Professors, and Immigration Clinic Directors for leave to file an *amicus curiae brief* is GRANTED.

JENNIFER WALKER ELROD
*Chief Judge*