# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 23, 2026
Thomas B. Plunkett, III
Clerk

---

No. 26-50183

---

Ignacio Sosnava Rodriguez,

*Petitioner—Appellee*,

*versus*

Miguel Vergara, *in his official capacity as Director of the San Antonio Field Office of I.C.E. Enforcement and Removal Operations*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd Wallace Blanche, *U.S. Attorney General*; Department of Homeland Security; DOJ Executive Office for Immigration Review,

*Respondents—Appellants*,

consolidated with

---

26-50219

---

Alejandro Villegas Angel

*Petitioner—Appellee*,

*versus*

Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd Wallace Blanche, *U.S. Attorney General*; Miguel Vergara, *San Antonio Field Office Director for Enforcement and Removal*;

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

*Respondents—Appellants*,

CONSOLIDATED WITH

---

26-50221

---

MIGUEL ANGEL GOMEZ ALVARADO,

*Petitioner—Appellee*,

*versus*

MIGUEL VERGARA, *in his official capacity as the Director of San Antonio Field Office for U.S. Immigration and Customs Enforcement*; DAVID VENTURELLA, *in his capacity as the Acting Director for the U.S. Immigration and Customs Enforcement*; MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*,

*Respondents—Appellants*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:26-CV-273
USDC No. 1:26-CV-384
USDC No. 1:26-CV-309

---

# JUDGMENT

Before ELROD, *Chief Judge*, and JONES, SMITH, STEWART, RICHMAN, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, WILLETT, HO, DUNCAN, ENGELHARDT, OLDHAM, WILSON, DOUGLAS, and RAMIREZ, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED The judgments of the district courts are REVERSED and the orders granting habeas relief to Petitioners are VACATED.

IT IS FURTHER ORDERED that Appellees pay to Appellants the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue FORTHWITH.

JAMES C. HO, *Circuit Judge*, concurring.

ANDREW S. OLDHAM, *Circuit Judge*, concurring.

PRISCILLA RICHMAN, *Circuit Judge*, concurring in judgment.

LESLIE H. SOUTHWICK, *Circuit Judge*, joined by STEWART, GRAVES, HIGGINSON, DOUGLAS, and RAMIREZ, *Circuit Judges*, dissenting.

HAYNES, *Circuit Judge*, dissenting.

DANA M. DOUGLAS, *Circuit Judge*, joined by STEWART, GRAVES, HIGGINSON, and RAMIREZ, *Circuit Judges*, dissenting.

STEPHEN A. HIGGINSON, *Circuit Judge*, joined by STEWART, SOUTHWICK, GRAVES, DOUGLAS, and RAMIREZ, *Circuit Judges*, dissenting.